**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
WEST PALM BEACH DIVISION

Case No.: 9:16-cv-81798-DMM

|  | x |
|---|---|
| TTT Foods Holding Company LLC, | : |
| a Florida limited liability company, | : |
|  | : |
| Plaintiff, | : |
|  | : |
| v. | : |
|  | : |
| BEATRICE NAMM, an individual, | : |
| JONATHAN NAMM, an individual, and | : |
| DELUXE GOURMET SPECIALTIES LLC, a | : |
| New Jersey limited liability company, | : |
|  | : |
| Defendants. | : |
|  | x |

## PLAINTIFF'S INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure Rule 26(a)(1), Plaintiff, TTT Foods Holding Company LLC hereby submits its Rule 26(a)(1) Disclosures.

**I.   WITNESSES**

The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subject of the information:

1. Beatrice Namm
   c/o Agustin R. Benitez
   Benitez Law Group, P.L.
   1223 East Concord Street
   Orlando, Florida 32803

The witness is a defendant in the above-captioned case and has knowledge of facts concerning the various transfers at issue, facts surrounding the transfers, Deluxe Gourmet Specialties LLC and Bea's Brooklyn's Best LLC's operations and finances, and the allegations underlying the claims and defenses in this case.

    2.        Beatrice Namm, as the corporate representative of Deluxe Gourmet Specialties LLC
            c/o Agustin R. Benitez
            Benitez Law Group, P.L.
            1223 East Concord Street
            Orlando, Florida 32803

The witness is the corporate representative of Deluxe Gourmet Specialties LLC, a defendant in the above-captioned case, and has knowledge of facts concerning the various transfers at issue, facts surrounding the transfers, Deluxe Gourmet Specialties LLC's operations and finances, and the allegations underlying the claims and defenses in this case.

    3.        Beatrice Namm, as the corporate representative of Bea's Brooklyn's Best LLC.
            c/o Agustin R. Benitez
            Benitez Law Group, P.L.
            1223 East Concord Street
            Orlando, Florida 32803

The witness is the corporate representative of Bea's Brooklyn's Best LLC, a defendant in the above-captioned case, and has knowledge of facts concerning the various transfers at issue, facts surrounding the transfers, Bea's Brooklyn's Best LLC's operations and finances, and the allegations underlying the claims and defenses in this case.

    4.        Jonathan Namm
            c/o Agustin R. Benitez
            Benitez Law Group, P.L.
            1223 East Concord Street
            Orlando, Florida 32803

The witness is a defendant in the above-captioned case and has knowledge of facts concerning the various transfers at issue, facts surrounding the transfers, Deluxe Gourmet Specialties LLC and Bea's Brooklyn's Best LLC's operations and finances, and the allegations underlying the claims and defenses in this case.

    5.        Other witnesses to be learned through discovery (addresses to be determined).

    6.        Any witness necessary to lay a foundation, authenticate or identify for the admission of documents, demonstrative exhibits, or other evidence, including records custodians for bank records.

    7.        Any witness disclosed by any other party. Any witness necessary to rebut or impeach any witness disclosed by any other party.

Plaintiff states that discovery is ongoing and incomplete and reserves the right to amend this list at any time upon discovery of additional witnesses or a determination that such above listed witnesses are not necessary.

## II.    DOCUMENTS

A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support it, claims or defenses, unless solely for impeachment:

   a.  All documents referenced in the Amended Complaint.

   b.  All documents evidencing ownership and/or control of Deluxe Gourmet Specialties LLC, Bea's Brooklyn's Best LLC, JMT Food Group LLC, and JMT Food Group and Consulting, LLC.

   c.  All documents relating to Deluxe Gourmet Specialties LLC, Bea's Brooklyn's Best LLC, JMT Food Group LLC, and JMT Food Group and Consulting, LLC's members, officers and directors.

   d.  All documents relating to Deluxe Gourmet Specialties LLC, Bea's Brooklyn's Best LLC, JMT Food Group LLC, and JMT Food Group and Consulting, LLC's principal places of business, telephone number(s), fictitious name and customers.

   e.  All documents evidencing creditors of, and claims against, Bea's Brooklyn's Best LLC.

   f.  All corporate records of Deluxe Gourmet Specialties LLC, Bea's Brooklyn's Best LLC, JMT Food Group LLC, and JMT Food Group and Consulting, LLC.

   g.  All documents and correspondence relating to the transfers referenced in the Amended Complaint, including but not limited to bank statements.

   h.  All documents and correspondence relating to any goods or value exchanged in relation to the transfers referenced in the Amended Complaint.

   i.  All documents relating to business conducted and payments between Deluxe Gourmet Specialties LLC and its customers and suppliers, Bea's Brooklyn's Best LLC and its customers and suppliers, JMT Food Group LLC and its customers and suppliers, and JMT Food Group and Consulting, LLC and its customers and suppliers.

j.  All pleadings relating to litigation between Bea's Brooklyn's Best LLC and the Plaintiff.

k.  Correspondence between Deluxe Gourmet Specialties LLC and its customers and suppliers, Bea's Brooklyn's Best LLC and its customers and suppliers, JMT Food Group LLC and its customers and suppliers, and JMT Food Group and Consulting, LLC and its customers and suppliers.

l.  All documents produced by Hughes-Plumer & Associates.

m.  All documents produced by Ward Transport & Logistics Corp.

n.  All documents produced by YRC Worldwide, Inc.

o.  All documents produced by Berner Food & Beverage, Inc.

p.  All documents produced by Kaltec Food Packaging, Inc.

q.  All documents produced by ActionPak, Inc.

r.  All documents produced by Bank of America.

s.  All documents produced by WalMart Stores, Inc.

t.  All documents produced by Costco Wholesale Corporation.

u.  All documents produced by ShopRite/Wakefern Food.

v.  All documents produced by Sam's Club

w.  All documents filed, furnished, created or obtained by the Plaintiff in the above-captioned case, and all related proceedings in any jurisdiction in or outside the United States.

x.  All witness statements and/or sworn statements by any party or non-party which pertains to the claims and defenses asserted in this case.

y.  All documents filed in this case.

z.  All deposition transcripts and exhibits to depositions in the above-captioned case.

aa.  All documents produced by any defendant to the extent not objected to by Plaintiff.

bb.  All documents produced by the Plaintiff to any defendant, subject to any objections.

      cc.      All documents utilized by any defendant in the trial of the above-referenced case.

      dd.      All documents to be used for rebuttal and impeachment purposes.

Plaintiff states that discovery is ongoing and incomplete, and reserves the right to amend or supplement this list of documents at any time prior to trial upon the discovery of additional relevant documents.

### III.   COMPUTATION OF DAMAGES

A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

1. The value of the transfers set forth in the Amended Complaint and the profits lost by Bea's Brooklyn's Best LLC as a consequence of Beatrice Namm's breach of fiduciary duty.

2. Deluxe Gourmet Specialties LLC and Beatrice Namm should be held liable for all amounts TTT Foods is entitled to under the judgements entered in its favor and against Bea's Brooklyn's Best LLC.

### IV.   INSURANCE AGREEMENTS

For inspection and copying as under Rule 34 any insurance agreements under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

Plaintiff is not presently aware of any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this adversary proceeding or to indemnify or reimburse for payments made to satisfy the judgment. Discovery, however, is ongoing, and in the event Plaintiff becomes aware of any such insurance agreement after discovery, it will supplement this initial disclosure.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by notice of electronic filing via CM/ECF to Gus R. Benitez, Esquire, counsel for the Defendants, 1223 East Concord Street, Orlando, Florida 32803 service@arbenitez.com; Gus@arbenitez.com, and to those other parties registered to receive such service on December 30, 2016.

        SHRAIBERG FERRARA LANDAU & PAGE, PA
        Attorneys for TTT Foods
        2385 NW Executive Center Drive, Suite 300
        Boca Raton, Florida 33431
        Telephone: 561-443-0800
        jpage@sflp.law
        blee@sflp.law

By: /s/ John E. Page
      John E. Page
      Florida Bar No. 0860581
      Bernice C. Lee
      Florida Bar No. 0073535