## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

|  |  |  |
|---|---|---|
| _____ x | | |
| TTT Foods Holding Company LLC, | : | |
| a Florida limited liability company, | : | Case No.: 9:16-cv-81798-DMM |
|  | : | |
| Plaintiff, | : | |
|  | : | |
| v. | : | |
|  | : | |
| BEATRICE NAMM, an individual, | : | |
| JONATHAN NAMM, an individual, and | : | |
| DELUXE GOURMET SPECIALTIES LLC, a | : | |
| New Jersey limited liability company, | : | |
|  | : | |
| Defendants. | : | |
| _____ x | | |

### RESPONSE TO OBJECTION TO SUBPOENAS AND MOTION FOR PROTECTIVE ORDER AND INCORPORATED MEMORANDUM OF LAW

Plaintiff, TTT Foods Holding Company LLC ("TTT Foods"), hereby files this *Response to Objection to Subpoenas and Motion for Protective Order and Incorporated Memorandum of Law* (the "Response"), and states as follows:

### FACTUAL BACKGROUND

1.     TTT Foods filed the Amended Complaint on November 2, 2016 [ECF No. 8].

2.     TTT Foods has alleged in the Amended Complaint that Beatrice Namm ("Mrs. Namm") caused Brooklyn's Best LLC ("Brooklyn's Best"), a company that owes more than $176,001.76 to TTT Foods, and Deluxe Gourmet Specialties LLC ("Deluxe"), an alter ego and successor of Brooklyn's Best, to fraudulently transfer more than $99,000 to or for the benefit of Mrs. Namm and Jonathan Namm ("Mr. Namm") (together, the "Namms") for insufficient consideration.   TTT Foods has also alleged that Mrs. Namm breached her fiduciary duties as a result of *inter alia* the foregoing fraudulent transfers, and that Mrs. Namm should be held liable

{1955/000/00353839}

for Brooklyn's Best's indebtedness to TTT Foods under a theory of alter ego and piercing the corporate veil.

3.      On or about December 16, 2016, TTT Foods issued a subpoena to Bank of America, N.A. ("Bank of America") (the "Subpoena"), a copy of which is attached to the Namms' *Objection to Subpoenas and Motion for Protective Order and Incorporated Memorandum of Law* (the "Motion for Protective Order") as Exhibit A [ECF No. 30-1], seeking:

     a.     Complete copies of all statements, including the front and back of all checks, deposit tickets, wire instructions and withdrawal slips, for all accounts in the name of Beatrice Namm, Jonathan Namm, Deluxe Gourmet Specialties, LLC or any combination thereof for the period March 1, 2015 through the date of production; and

     b.     Account opening documents for all accounts in the name of Beatrice Namm, Jonathan Namm, Deluxe Gourmet Specialties, LLC or any combination thereof.

4.      On December 21, 2016, the Namms filed the Motion for Protective Order that asserts the following arguments with respect to the Subpoena to the extent it is aimed at the Namms' bank account records (the "Bank Records"): i) the Namms are not required to disclose the Bank Records based on § 655.059(2)(b) of the Florida Statutes and their right to privacy under Article I, Section 23 of the Florida Constitution, and ii) the Bank Records are irrelevant and not reasonably calculated to lead to discovery.  The Namms do not object to the Subpoena as it relates to Deluxe Gourmet Specialties, LLC.

5.      Additional facts are set forth below in the interest of brevity.

## ARGUMENT

6.      The Court should overrule the Namms' objections and deny the Motion for Protective Order in its entirety for the reasons set forth herein.

7.      The Bank Records are highly important and directly related to TTT Foods' claims and Namms' affirmative defenses.  The relevancy of the Bank Records is so substantial and unavoidable that the Namms failed to provide any specific explanation as to why its objection based on irrelevance is proper, and the objection can be overruled on this basis alone.[1]  *See Companhia Energetica Potiguar v. Caterpillar Inc*., 307 F.R.D. 620, 627 (S.D. Fla. 2015) ("the party resisting discovery usually has the initial burden to specifically explain why its objections, including those based on irrelevance, are proper . . . .").

8.      Rule 26(b) of the Federal Rules of Civil Procedures provides that:

> Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit. Information within this scope of discovery need not be admissible in evidence to be discoverable.

Fed. R. Civ. P. 26(b)(1).

9.      "'The Federal Rules of Civil Procedure strongly favor full discovery whenever possible.'"  *Companhia Energetica Potiguar v. Caterpillar Inc*., 307 F.R.D. at 627 (quoting *Farnsworth v. Procter & Gamble Co*., 758 F.2d 1545, 1547 (11th Cir.1985)).  "The Courts have long held that relevance for discovery purposes is much broader than relevance for trial purposes, and as such discovery should ordinarily be allowed under the concept of relevancy unless it is clear that the information sought has no possible bearing on the subject matter of the action." *Id*. (quotations omitted).

---

[1] Instead, the Namms merely state a description of what a fraudulent conveyance action is in two instances, which sheds no light as to why the Namms believe the Bank Records are irrelevant. See Am. Compl. ¶ 8, 24.

{1955/000/00353839}

10. TTT Foods has alleged in the Amended Complaint, that i) since April 1, 2015 through May 10, 2016, Brooklyn's Best transferred at least $99,212.44 to or for the benefit of the Namms from, and ii) since March 27, 2015, Deluxe transferred funds to or for the benefit of the Namms (collectively, the "Transfers").

11. There is unrefuted evidence that Brooklyn's Best transferred money directly into at least one of the Namms' personal accounts after Brooklyn's Best became indebted to TTT Foods. Brooklyn's Best's bank statements indicate that a number of the Transfers went into a Bank of America account ending in 2389 that is titled in the name of Mr. and Mrs. Namm. Copies of Brooklyn's Best's bank statements showing a sample of the transfers at issue are attached hereto as **Composite EXHIBIT A**. A copy of a Bank of America account statement ending in 2389 is attached hereto as **EXHIBIT B**, which shows that said account is titled in the name of Mr. and Mrs. Namm.[2]

12. TTT Foods has alleged that the Transfers: i) constitute fraudulent transfers, ii) are instances in which Mrs. Namm breached her fiduciary duty to Brooklyn's Best and its creditors, and iii) support a determination that Mrs. Namm is an alter ego of Brooklyn's Best and Deluxe, engaged in improper conduct and should be held liable for the indebtedness owed by Brooklyn's Best to TTT Foods.

13. The Bank Records are required and relevant to show that Mrs. Namm and/or Mr. Namm received the Transfers for their benefit, and not for the benefit of Brooklyn's Best, Deluxe or any other party. *See Paragon Health Services, Inc. v. Central Palm Beach Community Mental Health Center, Inc.*, 859 So.2d 1233, 1237-38 (Fla. 4th DCA 2003) (Discussing that the officers and their spouses' use of joint bank accounts is relevant to the issue of whether said

---

[2] This bank statement was provided by Bea's Brooklyn to TTT Foods in prior litigation.

parties benefitted from the alleged fraudulent transfers).  The Bank Records are also required and relevant to address the affirmative defenses raised by the Namms in their *Amended Answer, Affirmative Defenses* (the "Amended Answer") [ECF No. 29].   The first affirmative defense contends that the Transfers were made in the ordinary course.   Am. Answer ¶ 13.  The Bank Records will provide evidence as to the manner in which the Namms received the Transfers and whether they were received in the ordinary course of Brooklyn's Best and Deluxe's business. The second, third and fourth affirmative defenses allege that Brooklyn's Best received reasonably equivalent value in exchange for the Transfers, the Transfers were made in good faith and the Transfers were made in the exercise of good business judgment.  Am. Answer. ¶¶ 14-16. The Bank Records will provide evidence as to whether received reasonably equivalent value was provided, whether the Transfers were taken in good faith and whether the Transfers were made in the exercise of good judgment, including but not limited to what the funds were used to purchase and whether the purchases relate to Brooklyn's Best and/or Deluxe's business.   The fifth and seventh affirmative defenses allege that the Namms gave new value to or for the benefit of Brooklyn's Best after or before the Transfers were made, the Transfers were made pursuant to a good faith effort to rehabilitate Brooklyn's Best, and the Transfers secure present value given for that purpose and/or an antecedent debt of Brooklyn's Best.  Am. Answer ¶17, 19.  The Bank Statements are relevant to show whether the Namms gave value before or after the Transfers were made, and whether the Transfers were made in a good faith effort to rehabilitate Brooklyn's Best, including but not limited to whether the Namms provided funds from their bank account to or for the benefit of Brooklyn's Best.  The eighth and ninth affirmative defenses allege that the Namms are entitled to a lien, enforcement of obligations, reduction or set off based on value given to Brooklyn's Best.  Am. Answer ¶ 20, 21.  The Bank Statements are relevant to show

{1955/000/00353839}

whether the Namms are or are not entitled to such remedies.  The eleventh affirmative defense alleges that Mrs. Namm exercised her business judgment in the operation of Brooklyn's Best. Am. Answer ¶ 23.  The Bank Statements are relevant to show whether the Transfers were provided to the Namms in the interest of Brooklyn's Best, and whether Mrs. Namm exercised her business judgment.

14.     There is no reason to limit the requests for the Bank Records.  There is no burden or expense suffered by the Namms because the documents will be produced by Bank of America. The Motion for Protective Order does not allege any burden or expense as a result of the requests and production.

15.     Section 655.059(2)(b) of the Florida Statutes does not prohibit Bank of America from producing the Bank Documents.  The statute is a part of the financial institutions code intended to regulate financial institutions.   *See* Fla. Stat. Ann. §§ 655.001(1), 655.059(2)(b). While § 655.059(2)(b) does require a financial institution and its directors, officers and employees to keep confidential books and records of deposit accounts, it also expressly states that "[n]otwithstanding this paragraph, nothing in this subsection shall prohibit a financial institution from disclosing financial information as referenced in this subsection as permitted by Pub. L. No. 106-102(1999), as set forth in 15 U.S.C.A. s. 6802, as amended."  Fla. Stat. Ann. § 655.059(2)(b).   15 U.S.C.A. § 6802(8) provides that disclosure of nonpublic personal information is permitted "to comply with Federal, State, or local laws, rules, and other applicable legal requirements; to comply with a properly authorized civil, criminal, or regulatory investigation or subpoena or summons by Federal, State, or local authorities[.]".  15 U.S.C.A. § 6802(8).  There is no argument that the Subpoena was not property authorized, and as discussed

6

above, the requests are relevant.  Thus, production of the Bank Records by Bank of America is permitted under § 655.059(2)(b) and 15 U.S.C.A. § 6802(8).

16.     Nor does Article I, Section 23 of the Florida Constitution[3] prohibit Bank of America from producing the Bank Records to the extent they are relevant or reasonably calculated to lead to the discovery of admissible evidence.  For example, in *Rowe v. Rodriguez-Schmidt*, a case cited by the Namms in paragraph 15 of the Motion for Protective Order, the court addressed whether the lower court, in a child support obligation and legal fees matter between a former wife and former husband, properly required a nonparty, the former wife's current husband, to disclose his personal financial information through unredacted joint tax returns.  89 So. 3d 1101, 1103 (Fla. Dist. Ct. App. 2012).  The court stated that "Article I, section 23, of the Florida Constitution protects the financial information of persons <u>if there is no relevant or compelling reason to compel disclosure</u>."  *Id*. at 1103 (quotations omitted) (emphasis added).  The court then concluded that "[t]he trial court departed from the essential requirements of the law because it ordered production of a nonparty's financial information without considering any evidence regarding its relevance."  *Id*. at 1104.  Because the Bank Records are highly relevant and reasonably calculated to lead to the discovery of admissible evidence, Article I, Section 23 of the Florida Constitution does not prevent Bank of America from producing such documents.

17.     The two additional cases cited by the Namms similarly do not support their position, and are factually and legally distinguishable.  *See Winfield v. Div. of Pari-Mutuel Wagering, Dep't of Bus. Regulation*, 477 So. 2d 544, 546 (Fla. 1985) (concluding that while article I, section 23 of the Florida Constitution recognizes an individual's legitimate expectation

---

[3] Article I, Section 23 of the Florida Constitution states in part that "[e]very natural person has the right to be let alone and free from governmental intrusion into the person's private life except as otherwise provided herein."  Fla. Const. art. I, § 23.

of privacy in financial institution records, the government's subpoena of an individual's bank records, without notice, that were reasonably calculated to obtain relevant information relevant was permitted because the state had a compelling interest in conducting effective investigations in the pari-mutuel industry and used least intrusive means to achieve interest); *Berkeley v. Eisen*, 699 So. 2d 789, 790 (Fla. Dist. Ct. App. 1997) (determining that in a two party suit between investors suing their investment manager for placing funds in high-risk investments, investors were not entitled to addresses and telephone numbers of other clients who were also placed in riskier stocks but investors would be permitted to request the court explore other means to obtain information through further document production or by showing relevancy).  In this matter, the Bank Records are highly relevant and directly related to the claims and defenses at issue in the Amended Complaint and Amended Answers, the Namms are named defendants and are not nonparties, and the Namms received sufficient notice of the Subpoena.

WHEREFORE, Plaintiff, TTT Foods requests that this Court enter an Order:

i. Denying the Motion for Protective Order in its entirety;

ii. Overruling all objections raised in the Motion for Protective Order;

iii. Requiring Bank of America to produce all documents responsive to the Subpoena within 7 days of entry of the Order denying the Motion for Protective Order; and

iv. Granting TTT Foods any other additional relief that the Court deems just and appropriate.

{1955/000/00353839}

<u>**CERTIFICATE OF SERVICE**</u>

   I HEREBY CERTIFY that a true and correct copy of the foregoing was served by notice

of electronic filing via CM/ECF to Gus R. Benitez, Esquire, counsel for the Defendants, 1223

East Concord Street, Orlando, Florida 32803 service@arbenitez.com; Gus@arbenitez.com, and

to those other parties registered to receive such service on January 4, 2017.

        SHRAIBERG FERRARA LANDAU & PAGE, PA
        Attorneys for TTT Foods
        2385 NW Executive Center Drive, Suite 300
        Boca Raton, Florida 33431
        Telephone: 561-443-0800
        jpage@sflp.law
        blee@sflp.law

        By: */s/ John E. Page*
          John E. Page
          Florida Bar No. 0860581
          Bernice C. Lee
          Florida Bar No. 0073535

{1955/000/00353839}

# COMPOSITE EXHIBIT "A"



Business Banking

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

Customer service: 1.888.852.5000

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

BEA'S BROOKLYN'S BEST LLC
85 CORONA CT
OLD BRIDGE, NJ 08857-2854

# Your Business Investment Account

for February 1, 2015 to February 28, 2015

Account number: 4221

**BEA'S BROOKLYN'S BEST LLC**

## Account summary

| | |
|---|---|
| Beginning balance on February 1, 2015 | $20,274.48 |
| Deposits and other credits | 5,334.94 |
| Withdrawals and other debits | -10,100.00 |
| Service fees | -0.00 |
| **Ending balance on February 28, 2015** | **$15,509.42** |

*Annual Percentage Yield Earned this statement period: 0.02%.*
*Interest Paid Year To Date: $0.66.*

# of deposits/credits: 4

# of withdrawals/debits: 3

# of days in cycle: 28

Average ledger balance: $23,015.09

Average collected balance: $22,805.69



# Do what you love.
# Let us help with the rest.

Watch videos about products and services that can help you improve
cash flow, automate vendor payments, manage payroll and much more.

## Visit **bankofamerica.com/SBvideos**.

Bank of America, N.A. Member FDIC. ©2015 Bank of America Corporation  ARGFWKRD  |  AD-10-14-0198.B

**Bank of America**

**Your savings account**

BEA'S BROOKLYN'S BEST LLC | Account # ████ 32██ 4221 | February 1, 2015 to February 28, 2015

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 02/02/15 | Counter Credit | 4,166.46 |
| 02/17/15 | Counter Credit | 640.61 |
| 02/27/15 | Counter Credit | 527.52 |
| 02/27/15 | Interest Earned | 0.35 |
| **Total deposits and other credits** | | **$5,334.94** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 02/09/15 | NJ TLR transfer to CHK 0874 | -100.00 |
| 02/24/15 | NJ TLR transfer to CHK 8796 | -7,500.00 |
| 02/27/15 | NJ TLR transfer to CHK 2389 | -2,500.00 |
| **Total withdrawals and other debits** | | **-$10,100.00** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 02/01 | 20,274.48 | 02/09 | 24,340.94 | 02/24 | 17,481.55 |
| 02/02 | 24,440.94 | 02/17 | 24,981.55 | 02/27 | 15,509.42 |

**Small Business Community Learning Center**

# Learn ways to prevent business fraud

Find out how you can improve your **Fraud Prevention** from pros in the field at our online Learning Center. Also, get information on:

- Cash Flow Management
- Credit & Lending

It's all part of the **Small Business Community**.

Visit
**bankofamerica.com/sbc.**

Bank of America, N.A. Member FDIC. ©2014 Bank of America Corporation
ARWGNQBS | AD-04-14-0351 B



**Business Banking**

**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 Customer service: 1.888.852.5000

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

BEA'S BROOKLYN'S BEST LLC
85 CORONA CT
OLD BRIDGE, NJ 08857-2854

# Your Business Investment Account

for March 1, 2015 to March 31, 2015

Account number: 4221

**BEA'S BROOKLYN'S BEST LLC**

## Account summary

| | |
|---|---|
| Beginning balance on March 1, 2015 | $15,509.42 |
| Deposits and other credits | 6,287.59 |
| Withdrawals and other debits | -21,671.45 |
| Service fees | -30.00 |
| **Ending balance on March 31, 2015** | **$95.56** |

*Annual Percentage Yield Earned this statement period: 0.02%.*
*Interest Paid Year To Date: $0.75.*

# of deposits/credits: 3

# of withdrawals/debits: 6

# of days in cycle: 31

Average ledger balance: $5,449.73

Average collected balance: $5,009.98

# Retirement could last longer than you might think

For 5 strategies to help you avoid outliving your savings,
visit **merrilledge.com/5-strategies**

**MERRILL EDGE**

Bank of America
Corporation

Merrill Edge® is available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S), and consists of the Merrill Edge Advisory Center™ (investment guidance) and self-directed online investing. MLPF&S is a registered broker-dealer, member SIPC and a wholly owned subsidiary of Bank of America Corporation. Merrill Lynch, Merrill Edge, the Merrill Edge logo, and Merrill Edge Advisory Center are trademarks of Bank of America Corporation. ARJB3CX9

Investment products: | **Are Not FDIC Insured** | **Are Not Bank Guaranteed** | **May Lose Value**



**Bank of America** 🇺🇸

**Your savings account**

BEA'S BROOKLYN'S BEST LLC   |   Account # ████████4221   |   March 1, 2015 to March 31, 2015

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 03/02/15 | Counter Credit | 3,997.50 |
| 03/17/15 | Counter Credit | 2,290.00 |
| 03/31/15 | Interest Earned | 0.09 |
| **Total deposits and other credits** | | **$6,287.59** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 03/02/15 | NJ TLR transfer to CHK 8796 | -6,500.00 |
| 03/11/15 | WIRE TYPE:WIRE OUT DATE:150311 TIME:1557 ET TRN:2015031100292487 SERVICE REF:010065 BNF:KALTEC FOODS ID:4258325492 BNF BK:TD BANK, NA ID:026013673 PMT DET:SGSFWB6UL | -12,651.45 |
| 03/25/15 | BKOFAMERICA ATM 03/25 #000003424 WITHDRWL OLD BRIDGE          OLD BRIDGE   NJ | -400.00 |
| 03/31/15 | NJ TLR transfer to CHK 2389 | -2,120.00 |
| **Total withdrawals and other debits** | | **-$21,671.45** |

## Service fees

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 03/11/15 | Wire Transfer Fee | -25.00 |
| 03/31/15 | Monthly Maintenance Fee | -5.00 |
| **Total service fees** | | **-$30.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

---

# Get easy access to business know-how

 Visit our free online community at **bankofamerica.com/sbc**.

Bank of America, N.A. Member FDIC. ©2015 Bank of America Corporation.
AR4L4LV9 | AD-11-14-0062 B

## The Bank of America Small Business Community

- Get the latest insights on how fellow business owners run and grow their businesses
- Search our extensive library for business topics that interest you
- Connect with other business owners

*Business Banking*



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

Customer service: **1.888.852.5000**

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

BEA'S BROOKLYN'S BEST LLC
85 CORONA CT
OLD BRIDGE, NJ 08857-2854

# Your Full Analysis Business Checking - Small Business

for April 1, 2015 to April 30, 2015                          Account number: 8796

**BEA'S BROOKLYN'S BEST LLC**

## Account summary

| | |
|---|---:|
| Beginning balance on April 1, 2015 | $22,104.06 |
| Deposits and other credits | 52,113.35 |
| Withdrawals and other debits | -59,849.54 |
| Checks | -6,561.14 |
| Service fees | -198.88 |
| **Ending balance on April 30, 2015** | **$7,607.85** |

# of deposits/credits: 37

# of withdrawals/debits: 83

# of days in cycle: 30

Average ledger balance: $17,015.81

**BEA'S BROOKLYN'S BEST LLC  |  Account #  8796  |  April 1, 2015 to April 30, 2015**

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 04/29/15 | WAL-MART STORES DES:TRADE PYMT ID:291610 INDN:BEAS BROOKLYNS BEST LL CO ID:9991000065 CCD PMT INFO:TRN*1*4323176\ | | 902318020167481 | 106.08 |
| 04/30/15 | COSTCO WHOLESALE DES:EDI PAYMTS ID:1911223280 INDN:BEAS BRKLYNS BES CO ID:1911223280 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | | 902319014337632 | 1,737.27 |

**Total deposits and other credits**                                                                                **$52,113.35**

## Withdrawals and other debits

| Date | Transaction description | Bank reference | Amount |
|------|------------------------|----------------|--------|
| 04/02/15 | HEARTLAND PAYROL DES:Payroll   ID:0150IT54 INDN:BEA'S BROOKLYN'S902391018863498 BEST CO ID:1461561173 CCD | | 2,820.25 |
| 04/02/15 | FREEDOM MORTGAGE DES:MTG PYMT  ID:0002971125 INDN:J NAMMAMM         CO ID:1541322890 PPD | 902391018754724 | 2,048.23 |
| 04/06/15 | NJ TLR transfer to CHK 2389 Banking Ctr OLD BRIDGE NJ Confirmation# 0235191995 | #0090252 957504067573583 | 200.00 |
| 04/06/15 | WIRE TYPE:WIRE OUT DATE:150406 TIME:1632 ET TRN:2015040600226404 SERVICE REF:009501 BNF:KALTEC FOOD PACKAGING ID:4258325492 BNF BK:TD BANK, NA ID:031201360 PMT DET:M2RKX5NA8 /ACC/RE BE AS INVOICES | 903704060226404 | 20,000.00 |
| 04/07/15 | HEARTLAND PAYROL DES:Payroll   ID:0150IT54 INDN:BEA'S BROOKLYN'S902396013811822 BEST CO ID:1461561173 CCD | | 1,629.94 |
| 04/10/15 | Adjustment/Correction Of Posted Item | 813109442148417 | 20.00 |
| 04/10/15 | NJ TLR transfer to CHK 2389 Banking Ctr MARLBORO PLAZA #0093314 NJ Confirmation# 2968959374 | 957604107519357 | 500.00 |
| 04/13/15 | NJ TLR transfer to CHK 2389 Banking Ctr MARLBORO PLAZA #0093314 NJ Confirmation# 0276858845 | 957504137512179 | 500.00 |
| 04/14/15 | NJ TLR transfer to CHK 2389 Banking Ctr OLD BRIDGE NJ Confirmation# 4102712918 | #0090252 957604147506879 | 500.00 |
| 04/14/15 | WIRE TYPE:WIRE OUT DATE:150414 TIME:1202 ET TRN:2015041400225384 SERVICE REF:006079 BNF:KALTEC FOOD PACKAGING ID:4258325492 BNF BK:TD BANK, NA ID:031201360 PMT DET:3MQWE8CFK /ACC/RE BE AS INVOICES | 903704140225384 | 10,000.00 |
| 04/14/15 | HEARTLAND PAYROL DES:Payroll   ID:0150IT54 INDN:BEA'S BROOKLYN'S902303018344775 BEST CO ID:1461561173 CCD | | 2,894.91 |
| 04/15/15 | CA TLR transfer to CHK 7797 Banking Ctr LAKEWOOD CENTER #0000510 CA Confirmation# 4011980504 | 957604157516055 | 780.00 |
| 04/16/15 | IBERIA         DES:P-CARD PMT ID:448520929635222 INDN:BEATRICE NAMM CENTRAL  CO ID:0265270413 CCD | 902305009678330 | 30.00 |
| 04/20/15 | CA TLR transfer to CHK 2389 Banking Ctr IRVINE Confirmation# 1638158024 | #0002439 CA957504207519685 | 300.00 |
| 04/20/15 | NJ TX DEBT 20000 DES:NJTAXDEBTI ID:091000014456045 INDN:NAMM 902307014135612 JON & KORSUNSKY-N CO ID:7216000928 WEB PMT INFO:TXP*II17665509000*22510*150430*T*66300** ***NAMM\ | | 663.00 |

continued on the next page

**Bank of America** 🇺🇸

**Your checking account**

BEA'S BROOKLYN'S BEST LLC  |  Account      8796  |  April 1, 2015 to April 30, 2015

## Withdrawals and other debits - continued

| Date | Transaction description | Bank reference | Amount |
|------|------------------------|----------------|--------|
| 04/21/15 | HEARTLAND PAYROL DES:Payroll  ID:0150IT54 INDN:BEA'S BROOKLYN'S902310015651316 BEST CO ID:1461561173 CCD | | 2,905.66 |
| 04/22/15 | NJ TLR transfer to CHK 2389 Banking Ctr MARLBORO PLAZA #0093314 NJ Confirmation# 2971199629 | 957604227502199 | 500.00 |
| 04/23/15 | D&B CRED (800) DES:892-2980 ID:6905707 INDN:JESSE *DEFORREST 902313011170662 CO ID:0000193379 WEB | | 1,099.00 |
| 04/24/15 | NJ GIT / LBR PMT DES:GIT LBR PT ID:091000014539013 INDN:BEA'S BROOKLYNS BEST L  CO ID:7216000928 CCD PMT INFO:TXP*B461561173000*13002*150331*T*74012** ***BEAS\ | 902314008587262 | 740.12 |
| 04/28/15 | HEARTLAND PAYROL DES:Payroll  ID:0150IT54 INDN:BEA'S BROOKLYN'S902317016657636 BEST CO ID:1461561173 CCD | | 3,115.18 |

Card account # XXXX XXXX XXXX 4028

| Date | Transaction description | Bank reference | Amount |
|------|------------------------|----------------|--------|
| 04/02/15 | CHECKCARD 0401 NEW JERSEY E-ZPASS 888-288-6865 NJ 24610435091004133075624 CKCD 4784 XXXXXXXXXXXX4028 XXXX XXXX XXXX 4028 | 929904011735416 | 202.80 |
| 04/02/15 | CHECKCARD 0331 NJSURCHARGE 888-6519999 NJ 24512395091006955954336 CKCD 9222 XXXXXXXXXXXX4028 XXXX XXXX XXXX 4028 | 929903310156426 | 166.00 |
| 04/02/15 | CHECKCARD 0401 ZIPRECRUITER, INC. 877-252-1062 CA 24492155091603980982977 RECURRING CKCD 5045 XXXXXXXXXXXX4028 XXXX XXXX XXXX 4028 | 929904012404855 | 99.00 |
| 04/03/15 | CHECKCARD 0402 THE WEBSTAURANT STORE 717-392-7472 PA 24258025092701299068096 CKCD 5046 XXXXXXXXXXXX4028 XXXX XXXX XXXX 4028 | 929904022825490 | 253.12 |
| 04/08/15 | CHECKCARD 0406 PAPERCHASE SURREY BC 74315185096920000256402 CKCD 5399 XXXXXXXXXXXX4028 XXXX XXXX XXXX 4028 | 929904061543868 | 113.00 |
| 04/09/15 | WELLS FARGO BN 04/09 #000351979 WITHDRWL CLOSTER CLOSTER  NJ CKCD  XXXXXXXXXXXX4028 XXXX XXXX XXXX 4028 | 946304090351979 | 83.00 |
| 04/13/15 | CHECKCARD 0409 HESS 30215 WOODBRIDGE NJ 24427335100710002776563 CKCD 5542 XXXXXXXXXXXX4028 XXXX XXXX XXXX 4028 | 929904092694306 | 20.00 |
| 04/13/15 | CHECKCARD 0411 T-MOBILE TEL PAYMENT 800-937-8997 WA 24692165101000118091596 CKCD 4814 XXXXXXXXXXXX4028 XXXX XXXX XXXX 4028 | 929904111742681 | 323.22 |
| 04/13/15 | CHECKCARD 0411 All Car Auto Repair LLC MANALAPAN  NJ 24707805102980165844174 CKCD 7531 XXXXXXXXXXXX4028 XXXX XXXX XXXX 4028 | 929904113666044 | 278.00 |
| 04/14/15 | CHECKCARD 0412 RESORT SALES MISSOURI 866-4553577 MO 24725195103900011003083 CKCD 5966 XXXXXXXXXXXX4028 XXXX XXXX XXXX 4028 | 929904122540015 | 99.00 |
| 04/15/15 | CHECKCARD 0414 PLN*PRICELINE.COM AIR 800-340-0575 CT 24692165104000444120850 CKCD 8999 XXXXXXXXXXXX4028 XXXX XXXX XXXX 4028 | 929904141265893 | 352.05 |

continued on the next page



**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

*Business Banking*

BEA'S BROOKLYN'S BEST LLC
85 CORONA CT
OLD BRIDGE, NJ 08857-2854

**Customer service information**

Customer service: 1.888.852.5000

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Fundamentals Checking

for February 1, 2016 to February 29, 2016

**BEA'S BROOKLYN'S BEST LLC**

Account number: 8960 5733 8796

## Account summary

| | | |
|---|---|---|
| Beginning balance on February 1, 2016 | $1,656.49 | # of deposits/credits: 19 |
| Deposits and other credits | 31,453.37 | # of withdrawals/debits: 91 |
| Withdrawals and other debits | -25,165.70 | # of items-previous cycle[1]: 25 |
| Checks | -5,209.09 | # of days in cycle: 29 |
| Service fees | -140.00 | Average ledger balance: $1,978.22 |
| **Ending balance on February 29, 2016** | **$2,595.07** | [1]*Includes checks paid,deposited items&other debits* |



Read our article online:

## "7 habits of successful retirement savers"

Two Merrill Lynch strategists share their take on what they've found most
confident investors have in common at **merrilledge.com/7habits**

Merrill Edge® is available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S), and consists of the Merrill Edge Advisory Center® (investment guidance)
and self-directed online investing. MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of Bank of America Corporation. Merrill Lynch,
Merrill Edge, the Merrill Edge logo, and Merrill Edge Advisory Center are trademarks of Bank of America Corporation.

| Investment products: | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value | AR9DQWP5 | SSM-10-15-0314.B |

**BEA'S BROOKLYN'S BEST LLC** | Account # 8980 5231 8796 | **February 1, 2016 to February 29, 2016**

## Deposits and other credits - continued

| Date | Description | Amount |
|---|---|---|
| 02/26/16 | WAL-MART STORES DES:TRADE PYMT ID:291610 INDN:BEAS BROOKLYNS BEST LL CO ID:9991000065 CCD PMT INFO:TRN*1*5429727\ | 53.04 |
| 02/29/16 | WAL-MART STORES DES:TRADE PYMT ID:291610 INDN:BEAS BROOKLYNS BEST LL CO ID:9991000065 CCD PMT INFO:TRN*1*5435024\ | 2,680.44 |

**Total deposits and other credits**      **$31,453.37**

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 02/02/16 | FREEDOM DES:MTG PYMTS ID:0050317593 INDN:NAMM J085 CO ID:1223039688 PPD | -2,034.59 |
| 02/02/16 | Ocwen Loan Servi DES:MTG PMT ID:8601527111 INDN:JON R NAMM CO ID:2510035452 TEL | -323.44 |
| 02/03/16 | 0150IT54 BEA'S B DES:PAYROLL ID:0150IT54 INDN:BEA'S BROOKLYN'S BEST CO ID:1461561173 CCD | -1,164.42 |
| 02/03/16 | MATHGENIE DES:PURCHASE ID: INDN:BEATRICE AND JON NAM CO ID:3383693141 PPD | -150.00 |
| 02/05/16 | SPRING HILL VILL DES:MAINT FEES ID:000084 INDN:NAMM CO ID:1222413391 PPD | -165.00 |
| 02/08/16 | T-MOBILE DES:FDC PAYMEN ID:1821948 INDN:JON NAMM CO ID:0000450304 TEL | -188.26 |
| 02/10/16 | 0150IT54 BEA'S B DES:PAYROLL ID:0150IT54 INDN:BEA'S BROOKLYN'S BEST CO ID:1461561173 CCD | -1,078.76 |
| 02/11/16 | TOYOTA DES:Pay TFS ID:029-6599409 INDN:BEATRICE NAMM (AUTH SI CO ID:9200602022 PPD | -526.27 |
| 02/16/16 | NJ TLR cash withdrawal from CHK 8796 | -7,500.00 |
| 02/17/16 | 0150IT54 BEA'S B DES:PAYROLL ID:0150IT54 INDN:BEA'S BROOKLYN'S BEST CO ID:1461561173 CCD | -1,058.87 |
| 02/19/16 | NJ TLR transfer to CHK 2389 | -5,300.00 |
| 02/23/16 | NJ TLR cash withdrawal from CHK 8796 | -1,300.00 |
| 02/23/16 | PROG GARDEN ST DES:INS PREM ID:XXXXXXXXX Beatr INDN:Beatrice Namm CO ID:9409348088 PPD | -326.32 |
| 02/24/16 | 0150IT54 BEA'S B DES:PAYROLL ID:0150IT54 INDN:BEA'S BROOKLYN'S BEST CO ID:1461561173 CCD | -1,432.13 |
| 02/24/16 | THE HARTFORD DES:NWTBCLSCIC ID:11716242 INDN:BEAS BROOKLYNS BEST LL CO ID:9942902727 CCD | -203.65 |

Card account # XXXX XXXX XXXX 1272

| Date | Description | Amount |
|---|---|---|
| 02/01/16 | CHECKCARD 0128 DUNKIN #331101 Q35 S AMBOY NJ 24610436029072008571030 CKCD 5814 XXXXXXXXXXXX1272 XXXX XXXX XXXX 1272 | -4.05 |
| 02/01/16 | CHECKCARD 0129 WAWA 934 00009340 MATAWAN NJ 24164076029637000610525 CKCD 5541 XXXXXXXXXXXX1272 XXXX XXXX XXXX 1272 | -5.97 |
| 02/01/16 | CHECKCARD 0130 TEMPLE GOURMET RED BANK NJ 24013396030004032435565 CKCD 5812 XXXXXXXXXXXX1272 XXXX XXXX XXXX 1272 | -47.73 |
| 02/01/16 | CHECKCARD 0130 SUNOCO 0368305901 RIDGEFIELD NJ 24231686031889031762178 CKCD 5542 XXXXXXXXXXXX1272 XXXX XXXX XXXX 1272 | -25.38 |
| 02/01/16 | SHOPRITE FREEH 01/31 #000926695 PURCHASE SHOPRITE FREEHOLD FREEHOLD NJ | -11.97 |
| 02/01/16 | JMD GAS CORP. 01/31 #000910638 PURCHASE JMD GAS CORP. FREEHOLD NJ | -2.12 |
| 02/02/16 | CHECKCARD 0131 DAYS INN CIVIC CENTER 540-3424551 VA 24013396032000054005425 CKCD 3510 XXXXXXXXXXXX1272 XXXX XXXX XXXX 1272 | -209.72 |
| 02/05/16 | CHECKCARD 0204 WAL-MART #2825 OLD BRIDGE NJ 24226386036091001873528 CKCD 5310 XXXXXXXXXXXX1272 XXXX XXXX XXXX 1272 | -11.01 |

continued on the next page

# EXHIBIT B



**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

JON R NAMM
BEATRISSA NAMM
85 CORONA CT
OLD BRIDGE, NJ 08857-2854

**Customer service information**

☼ Customer Service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español. 1.800.688.6086

✦ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your MyAccess Checking

for January 25, 2014 to February 21, 2014

**JON R NAMM     BEATRISSA NAMM**

Account number: [REDACTED] 2389

### Account summary

| | |
|---|---|
| Beginning balance on January 25, 2014 | $8,919.59 |
| Deposits and other additions | 54,830.14 |
| Withdrawals and other subtractions | -11,691.23 |
| Checks | -46,622.82 |
| Service fees | -35.69 |
| **Ending balance on February 21, 2014** | **$5,399.99** |

# This spring, *be inspired*

As a valued Bank of America® customer, you can take advantage of the Museums on Us® program and enjoy **one free general admission ticket** to hundreds of participating museums, botanical gardens, science centers and more on the first full weekend of every month.

Just show your Bank of America debit card and a photo ID. For more details, go to **bankofamerica.com/artsonus.**

ARSDEPT7

SSM-10-13-1719-A

PULL: B CYCLE: 15 SPEC: E DELIVERY: E TYPE: IMAGE: I BC: NJ

**Bank of America**

**Your checking account**

JON R NAMM  |  Account #            |  January 25, 2014 to February 21, 2014

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 01/31/14 | Bea's Brooklyn's Des Quickbooks Id Xxxxxxxxx | 1,442.31 |
| 01/31/14 | Bea's Brooklyn's Des Quickbooks Id Xxxxxxxxx | 1,110.57 |
| 02/04/14 | Bea's Brooklyn's Des Quickbooks Id Xxxxxxxxx | 5,000.00 |
| 02/07/14 | Bea's Brooklyn's Des Quickbooks Id Xxxxxxxxx | 1,442.31 |
| 02/07/14 | Bea's Brooklyn's Des Quickbooks Id Xxxxxxxxx | 1,110.59 |
| 02/12/14 | Bea's Brooklyn's Des Quickbooks Id Xxxxxxxxx | 1,442.31 |
| 02/14/14 | Bea's Brooklyn's Des Quickbooks Id Xxxxxxxxx | 1,110.56 |
| 02/21/14 | Bea's Brooklyn's Des Quickbooks Id Xxxxxxxxx | 1,442.31 |
| 02/21/14 | Bea's Brooklyn's Des Quickbooks Id Xxxxxxxxx | 1,110.57 |

**Total deposits and other additions**     **$54,830.14**

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|

continued on the next page