**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

Case No.: 9:16-cv-81798-DMM

|  |  |
|---|---|
| _____ x | |
| TTT Foods Holding Company LLC, | : |
| a Florida limited liability company, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| BEATRICE NAMM, an individual, | : |
| JONATHAN NAMM, an individual, and | : |
| DELUXE GOURMET SPECIALTIES LLC, a | : |
| New Jersey limited liability company, | : |
| | : |
| Defendants. | : |
| _____ x | |

**PLAINTIFF'S RULE 26 DISCLOSURE OF EXPERT WITNESSES**

Pursuant to Federal Rule of Civil Procedure Rule 26(a)(2), Plaintiff, TTT Foods Holding Company LLC, hereby submits the following Rule 26(a)(2) Disclosures:

**I.    EXPERT WITNESSES**

William G. King
WK Financial, LLC
401 E. Las Olas Blvd., Suite 1400
Ft. Lauderdale, FL  33301

William G. King of WK Financial, LLC is expected to testify as an expert in this case with regard to the insolvency of Bea's Brooklyn's Best LLC and Deluxe Gourmet Specialties LLC, the transfers at issue in this case, and amount of, or lack thereof, any value and/or consideration provided in exchange for the transfers.

Discovery is ongoing and incomplete and the Plaintiff reserves the right to amend its expert disclosures at any time upon discovery of additional expert witnesses.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Mail through the Case Management/Electronic Case Filing to those parties registered to receive electronic notices of filing in this case on January 6, 2017.

SHRAIBERG FERRARA LANDAU & PAGE, PA
Attorneys for TTT Foods
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
jpage@sflp.law
blee@sflp.law

By:   /s/ John E. Page
       John E. Page
       Florida Bar No. 0860581
       Bernice C. Lee
       Florida Bar No. 0073535