UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 9:16-cv-81798-DMM

|  |  |
|---|---|
| TTT Foods Holding Company LLC, a Florida limited liability company, <br><br>　　　Plaintiff, <br><br>v. <br><br>BEATRICE NAMM, an individual, JONATHAN NAMM, an individual, and DELUXE GOURMET SPECIALTIES LLC, a New Jersey limited liability company, <br><br>　　　Defendants. | x<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>x |

**MOTION TO EXTEND EXPERT REPORT DEADLINE
AND AMEND SCHEDULING ORDER**

Plaintiff, TTT Foods Holding Company LLC ("TTT Foods"), hereby files this *Motion to Extend Expert Report Deadline and Amend Scheduling Order* (the "Motion"), which requests that the Court extend the January 9, 2017 deadline for TTT Foods to provide to opposing counsel its expert report and amend the scheduling order accordingly, and in support thereof states as follows:

**FACTUAL BACKGROUND**

1.　On November 2, 2016, TTT Foods filed the Amended Complaint (the "Complaint") [ECF No. 8]. TTT Foods has alleged *inter alia* that Beatrice Namm ("Mrs. Namm") caused Bea's Brooklyn's Best LLC ("Brooklyn's Best"), a company that owes more than $176,001.76 to TTT Foods, to fraudulently transfer more than $99,000 to or for the benefit of Mrs. Namm and Jonathan Namm (together, the "Namms") for insufficient consideration.

{1955/000/00354029}

TTT Foods has also alleged that Mrs. Namm breached her fiduciary duties as a result of *inter alia* the fraudulent transfers, and that Deluxe Gourmet Specialties LLC ("Deluxe") and Mrs. Namm should be held liable for Brooklyn's Best's indebtedness to TTT Foods under a theory of alter ego and piercing the corporate veil.

2. With respect to TTT Foods' fraudulent transfer claims, it is required to establish that Brooklyn's Best and Deluxe were insolvent at the time of the transfers, or that they became insolvent shortly after the transfers were made. Further, the Namms have alleged in their *Amended Answer, Affirmative Defenses* (the "Amended Answer") [ECF No. 29] that reasonably equivalent value was provided in exchange for the alleged fraudulent transfers. Am. Answer. ¶¶ 14-15.

3. TTT Foods expects William G. King ("Mr. King") of WK Financial, LLC to testify with respect to the insolvency of Brooklyn's Best and Deluxe, the transfers at issue in this case, and amount of, or lack thereof, any value and/or consideration provided in exchange for the transfers.

4. In order for TTT Foods to prepare for trial, prosecute its claim, defend against the affirmative defenses, and obtain information for Mr. King's review, on December 13, 2016, TTT Foods issued discovery in the form of document requests to the Namms and Deluxe (collectively, the "Defendants") that sought *inter alia* copies of tax returns, bank statements, financials, and general ledgers. The deadline for the Defendants to respond to such discovery is presently January 12, 2017.

5. On December 16, 2016, TTT Foods issued a number of subpoenas, including a subpoena to Bank of America, N.A. ("Bank of America") that requests *inter alia* copies of bank statements, checks, deposit slips and account opening documents for the Defendants. On December 21, 2016, the Namms filed an *Objection to Subpoena and Motion for Protective Order*

*and Incorporated Memorandum of Law* (the "Motion for Protective Order") [ECF No. 30] that objected to the production of any bank records as they relate to the Namms.

6. On January 4, 2017, TTT Foods filed its Response to the Motion for Protective Order [ECF No. 37]. The Namms have not filed their reply and the Court has not ruled on the matter. Counsel for the Defendants has not agreed to release the documents as they relate to Deluxe, and Bank of America has not provided any responsive documents.

7. The *Pretrial Scheduling Order and Order Referring Case to Mediation* (the "Scheduling Order") [ECF No. 18] the Court entered on November 15, 32016 sets forth January 9, 2017 as the deadline for TTT Foods to provide to opposing counsel a names and addresses of all expert witnesses intended to be called at trial, and with expert reports or summaries of its expert witnesses' anticipated testimony in accordance with Fed. R. Civ. P. 26(a)(2). *See* Scheduling Order ¶ 10.

8. While TTT Foods provided the Defendants with its *Rule 26 Disclosure of Expert Witnesses* on January 6, 2017, which disclosed that TTT Foods intends to have Mr. King testify with respect to insolvency and value of consideration, TTT Foods requires additional time to provide its expert report to the Defendants because TTT Foods needs to obtain the documents responsive to the foregoing discovery and provide such documents to Mr. King.

9. The Scheduling Order provides that all discovery shall be completed by April 3, 2017, and schedules this case for trial during a two-week period commencing June 26, 2017. *See* Scheduling Order. ¶ 10, 1.

10. Through the Motion, TTT Foods seeks an Order extending its expert report deadline for a period of 45 days through February 23, 2017, and amending the Scheduling Order accordingly.

11. Additional facts are set forth below in the interest of brevity.

3

{1955/000/00354029}

## ARGUMENT

12.     Rule 16 of the Federal Rules of Civil Procedures provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "Rule 16's good cause standard precludes modification of a scheduling order unless the deadlines cannot be met despite the diligence of the party seeking the extension." *Diaz v. Burchette*, 585 F. App'x 968, 969 (11th Cir. 2014) (quotations omitted).

13.     Good cause exists to extend the expert report deadline for a period of 45 days. TTT Foods has diligently and timely pursued its claims, and conducted discovery. TTT Foods filed the Amended Complaint on November 2, 2016, and filed a *Motion to Strike Affirmative Defenses* [ECF No. 28] on December 5, 2016, which caused the Defendants to file an *Amended Answer, Affirmative Defenses* [ECF No. 29] that alleged seven less affirmative defenses than in their initial answer. TTT Foods issued document requests to the Defendants on December 13, 2016, and issued various subpoenas to other parties on December 16, 2016. TTT Foods has not received any responsive documents from the Defendants. The Namms objected to Bank of America's production of their bank records, to which TTT Foods has responded, and the Namms have not filed their reply.

14.     While TTT Foods has already disclosed to the Defendants the name and address relating to Mr. King, it is unable to comply with the expert report deadline because it has not received the requested documents relating to insolvency and the transfers. TTT Foods needs to obtain such documents to provide to Mr. King before it is able to obtain findings and the expert report to provide to the Defendants.

15.     TTT Foods does not believe the Defendants will be prejudiced by the requested extension because the two-week trial period does not commence until June 26, 2017, and the discovery period does not expire until April 3, 2017.

16. Based on the foregoing, TTT Foods believes good cause exists for the Court to consent to the proposed 45 day extension of the expert report deadline, and to modify the Scheduling Order accordingly.

17. Counsel for TTT Foods has communicated with counsel for the Defendants with respect to the 45 day extension requested herein; however, as of the time of filing the Motion, counsel for the Defendants has not agreed to such relief.

WHEREFORE, Plaintiff, TTT Foods requests that this Court enter an Order: i) granting the Motion; ii) extending TTT Foods' deadline to provide opposing counsel with its expert report in accordance with Fed. R. Civ. P. 26(a)(2) for a period of 45 days through February 23, 2017; iii) amending the Scheduling Order accordingly; and iv) granting TTT Foods any other additional relief that the Court deems just and appropriate.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by notice of electronic filing via CM/ECF to Gus R. Benitez, Esquire, counsel for the Defendants, 1223 East Concord Street, Orlando, Florida 32803 service@arbenitez.com; Gus@arbenitez.com, and to those other parties registered to receive such service on January 9, 2017.

    SHRAIBERG FERRARA LANDAU & PAGE, PA
    Attorneys for TTT Foods
    2385 NW Executive Center Drive, Suite 300
    Boca Raton, Florida 33431
    Telephone: 561-443-0800
    jpage@sflp.law
    blee@sflp.law

    By: /s/ John E. Page
        John E. Page
        Florida Bar No. 0860581
        Bernice C. Lee
        Florida Bar No. 0073535

{1955/000/00354029}