UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 9:16-cv-81798-DMM

TTT Foods Holding Company LLC,
a Florida limited liability company,
        Plaintiff,
v.

BEATRICE NAMM, an individual,
JONATHAN NAMM, an individual,
and DELUXE GOURMET
SPECIALTIES LLC, a New Jersey
limited liability company,
        Defendants.
_____/

**DEFENDANTS' NOTICE OF WITHDRAWAL OF THE
15TH AFFIRMATIVE DEFENSE CONTAINED IN DEFENDANTS'
SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES (DOC 50)**

COME NOW the Defendants, BEATRICE NAMM, JONATHAN NAMM, and DELUXE GOURMET SPECIALTIES LLC, a New Jersey limited liability company, by and through the undersigned attorneys, and file this their notice withdrawing the 15th Affirmative Defense contained in their *Second Amended Answer, Affirmative Defenses* (DOC 50).

                                                      */s/ Agustin R. Benitez*
                                                    AGUSTIN R. BENITEZ, ESQUIRE
                                                    BENITEZ LAW GROUP, P.L.
                                                    Florida Bar # 278130
                                                    1223 East Concord Street
                                                    Orlando, Florida 32803
                                                    (407) 894-5000
                                                    (407) 896-8061 (fax)
                                                    Primary E-Mail: *Service@ARBenitez.com*
                                                    Secondary E-Mail: *Gus@ARBenitez.com*