UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 9:16-cv-81798-DMM

TTT Foods Holding Company LLC,
a Florida limited liability company,
        Plaintiff,
v.

BEATRICE NAMM, an individual,
JONATHAN NAMM, an individual,
and DELUXE GOURMET
SPECIALTIES LLC, a New Jersey
limited liability company,
        Defendants.
_____/

**DEFENDANTS' RESPONSE TO PLAINTIFF'S**
**MOTION TO STRIKE SECOND AFFIRMATIVE DEFENSES (DOC 55)**

COME NOW the Defendants, BEATRICE NAMM, JONATHAN NAMM, and DELUXE GOURMET SPECIALTIES LLC, a New Jersey limited liability company, by and through the undersigned attorneys, and file this their reply to Plaintiff's *Motion to Strike Second Amended Affirmative Defenses and Incorporated Memorandum of Law* (DOC 55), and state in support thereof as follows:

1. Plaintiff's *Motion to Strike Second Amended Affirmative Defenses and Incorporated Memorandum of Law* (DOC 55) seeks to strike 15th Affirmative Defense.

2. Defendants have withdrawn the 15th Affirmative Defense, rendering same moot.

3. Prior to the filing of the Plaintiff's *Motion to Strike Second Amended Affirmative Defenses and Incorporated Memorandum of Law* (DOC 55), there was no Rule

7.1(a)(3) conference between the parties.

WHEREFORE the Defendants request that this Court find that Plaintiff's *Motion to Strike Second Amended Affirmative Defenses and Incorporated Memorandum of Law* (DOC 55) is moot.

*/s/ Agustin R. Benitez*
AGUSTIN R. BENITEZ, ESQUIRE
BENITEZ LAW GROUP, P.L.
Florida Bar # 278130
1223 East Concord Street
Orlando, Florida 32803
(407) 894-5000
(407) 896-8061 (fax)
Primary E-Mail: *Service@ARBenitez.com*
Secondary E-Mail: *Gus@ARBenitez.com*
