UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

TTT Foods Holding Company LLC,
a Florida limited liability company,
    Plaintiff,
v.                                                                 Case No.: 9:16-cv-81798-DMM

BEATRICE NAMM, an individual,
JONATHAN NAMM, an individual,
and DELUXE GOURMET
SPECIALTIES LLC, a New Jersey
    Defendants.
_____/

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO MOTION FOR SUMMARY JUDGMENT AND
COMPLY WITH LOCAL RULE 56.1**

       COME NOW the Defendants, BEATRICE NAMM, an individual, JONATHAN NAMM, an individual, and DELUXE GOURMET SPECIALTIES LLC, a New Jersey limited liability company, by and through the undersigned attorneys, and file this their *Motion for Extension of Time to File Response to Motion for Summary Judgment and Comply with Local Rule 56.1*, and state in support thereof as follows:

       1.     The issues raised by Plaintiff's *Motion for Summary Judgment* (DOC 74) and the *Statement of Undisputed Facts* (DOC 75) are extensive, and the materials submitted have been voluminous, and because of the undersigned other prior commitments, including, but not limited to, travel out of state, it has become necessary to request a short extension of time to file the response to the *Motion for Summary Judgment* (DOC 74) and the *Statement of Undisputed Facts* (DOC 75).

       2.     Defendants have filed the affidavit of Defendant Beatrice Namm in

opposition to the *Motion for Summary Judgment* (DOC 74) and the *Statement of Undisputed Facts* (DOC 75), in the event the Court denies the brief extension of time.

3.　Defendants request an extension until Wednesday, May 3, 2017, to file the responses to the *Motion for Summary Judgment* (DOC 74) and the *Statement of Undisputed Facts* (DOC 75).

4.　The undersigned has not been able to contact the opposing counsel, but will do so tomorrow morning and advise the Court of whether or not he objects to the brief extension.

WHEREFORE the Defendants request that the Court provide Defendants with a 48 hour extension to file their response to the *Motion for Summary Judgment* (DOC 74) and the *Statement of Undisputed Facts* (DOC 75).

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by notice of electronic filing via CM/ECF to John E. Page, counsel for Plaintiff (jpage@sflp.law) and Bernice C. Lee, counsel for Plaintiff (blee@sflp.law), and to those other parties registered to receive such service on February 2, 2017.

　　　　　　　　　　　　　　　　　　　　*/s/ Agustin R. Benitez*
　　　　　　　　　　　　　　　　　　　　AGUSTIN R. BENITEZ, ESQUIRE
　　　　　　　　　　　　　　　　　　　　BENITEZ LAW GROUP, P.L.
　　　　　　　　　　　　　　　　　　　　Florida Bar # 278130
　　　　　　　　　　　　　　　　　　　　1223 East Concord Street
　　　　　　　　　　　　　　　　　　　　Orlando, Florida 32803
　　　　　　　　　　　　　　　　　　　　(407) 894-5000
　　　　　　　　　　　　　　　　　　　　(407) 896-8061 (fax)
　　　　　　　　　　　　　　　　　　　　Primary E-Mail: *Service@ARBenitez.com*
　　　　　　　　　　　　　　　　　　　　Secondary E-Mail: *Gus@ARBenitez.com*