

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

TTT Foods Holding Company LLC,
a Florida limited liability company,
    Plaintiff,
v.                                     Case No.: 9:16-cv-81798-DMM

BEATRICE NAMM, an individual,
JONATHAN NAMM, an individual, and
DELUXE GOURMET SPECIALTIES LLC,
a New Jersey limited liability company,
    Defendants.
_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the Defendants, BEATRICE NAMM, JONATHAN NAMM, and DELUXE GOURMET SPECIALTIES LLC, a New Jersey limited liability company, by and through their undersigned attorney, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment (DOC 98) entered on October 2, 2017, and the Order on Plaintiff's Motion for Summary Judgment (DE 87) entered on May 19, 2017.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 27, 2017, I sent a true and correct copy of the foregoing by E-mail delivery to John E. Page, counsel for Plaintiff (jpage@sflp.law) and Bernice C. Lee, counsel for Plaintiff (blee@sflp.law).

                                               /s/ Agustin R. Benitez
                                               AGUSTIN R. BENITEZ, ESQUIRE
                                               BENITEZ LAW GROUP, P.L.
                                               Florida Bar # 278130
                                               1223 East Concord Street
                                               Orlando, Florida 32803
                                               (407) 894-5000
                                               (407) 896-8061 (fax)
                                               Primary E-Mail: *Service@ARBenitez.com*
                                               Secondary E-Mail: *Gus@ARBenitez.com*

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 31, 2017

Agustin Rafael Benitez
Benitez & Butcher, PA
1223 E CONCORD ST
ORLANDO, FL 32803-5408

Appeal Number: 17-14827-A
Case Style: TTT Foods Holding Company, LLC v. Beatrice Namm, et al
District Court Docket No: 9:16-cv-81798-DMM

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Application for Admission to the Bar and Appearance of Counsel Form are available on the Internet at www.ca11.uscourts.gov. The clerk may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6.

11th Cir. R. 33-1(a) requires appellant to file a Civil Appeal Statement in most civil appeals. You must file a completed Civil Appeal Statement, with service on all other parties, within 14 days from the date of this letter. Civil Appeal Statement forms are available on the Internet at www.ca11.uscourts.gov, and as provided by 11th Cir. R. 33-1(a).

Every motion, petition, brief, answer, response and reply filed must contain a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). Appellants/Petitioners must file a CIP within 14 days after the date the case or appeal is docketed in this court; Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after the case or appeal is docketed in this court, regardless of whether appellants/petitioners have filed a CIP. See Fed.R.App.P. 26.1 and 11th Cir. R. 26.1-1.

On the same day a party or amicus curiae first files its paper or e-filed CIP, that filer must also

complete the court's web-based CIP at the Web-Based CIP link on the court's website. Pro se filers (except attorneys appearing in particular cases as pro se parties) are **not required or authorized** to complete the web-based CIP.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of (14) days from this date, this appeal will be dismissed by the clerk without further notice unless the default(s) noted below have been corrected:

File a Transcript Information Form, as required by Fed.R.App.P. 10(b)(1); a Transcript Information Form is available from the district court clerk. Appellant is required to file and serve copies of the form in accordance with the instructions included on the form. UNLESS A TRANSCRIPT IS ORDERED, APPELLANT'S BRIEF MUST BE SERVED AND FILED WITHIN 40 DAYS FROM October 27, 2017. See 11th Cir. R. 12-1 and 31-1.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Denise E. O'Guin, A
Phone #: (404) 335-6188

DKT-2 Appeal WITH Deficiency