UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 9:16-cv-81798-DMM

TTT Foods Holding Company LLC,
a Florida limited liability company,
        Plaintiff,
v.

BEATRICE NAMM, an individual,
JONATHAN NAMM, an individual,
and DELUXE GOURMET
SPECIALTIES LLC, a New Jersey
limited liability company,
        Defendants.
_____/

## UNOPPOSED MOTION TO WITHDRAW

COMES NOW the undersigned attorney, Agustin R. Benitez, attorney for Defendants, BEATRICE NAMM, an individual, JONATHAN NAMM, an individual, and DELUXE GOURMET SPECIALTIES LLC, a New Jersey limited liability company, and file this motion to withdraw pursuant to Local Rule 11.1(d)(3), and state in support thereof as follows:

1.    Defendants BEATRICE NAMM and JONATHAN NAMM filed a bankruptcy proceeding in New Jersey on May 26, 2017 (they filed a Chapter 13 petition in the U.S. Bankruptcy Court in and for the District of New Jersey, which petition was assigned Case Number 17-20807); notice of said bankruptcy filing was provided to this Court on May 26, 2017 (DOC 88).

2.    Final Judgment was entered on October 2, 2017 (DOC 98), after the automatic stay was lifted authorizing the Court to enter the Final Judgment.

3. Defendants filed their notice of appeal from the Final Judgment on October 27, 2017 (DOC 100).

4. Defendants have not retained the undersigned to represent them in the appeal before the 11th Circuit Court of Appeal.

5. Furthermore, Defendants and the undersigned have irreconcilable differences between themselves which requires the *sub judice* motion to withdraw.

6. As required by Local Rule 11.1(d)(3), Defendants BEATRICE NAMM's, JONATHAN NAMM's and DELUXE GOURMET SPECIALTIES LLC's current street address is 85 Corona Court, Old Bridge, NJ 08857.

7. The undersigned counsel conferred with John Page, Esquire, lead attorney for Plaintiff and Mr. Page has indicated he has no objection to the granting of this motion.

8. The undersigned counsel has conferred with Defendants BEATRICE NAMM, JONATHAN NAMM and DELUXE GOURMET SPECIALTIES LLC and they have indicated that they have reviewed this motion and they have no objection to the Court allowing the withdrawal.

WHEREFORE the Defendants request that this Court enter an order allowing Agustin R. Benitez to withdraw his representations of Defendants BEATRICE NAMM, JONATHAN NAMM and DELUXE GOURMET SPECIALTIES LLC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 24, 2017, I sent a true and correct copy of the foregoing by E-mail delivery John E. Page, counsel for Plaintiff (jpage@sflp.law) and Bernice C. Lee, counsel for Plaintiff (blee@sflp.law). FURTHERMORE, on November 24, 2017, I sent a true and

correct copy of the foregoing by E-mail delivery to Defendants BEATRICE NAMM (deluxegourmet@AOL.com), JONATHAN NAMM (jrnnj627@AOL.com) and DELUXE GOURMET SPECIALTIES LLC (deluxegourmet@AOL.com), at 85 Corona Court, Old Bridge, NJ 08857, and verified receipt of same by Defendants.

                */s/ Agustin R. Benitez*
                AGUSTIN R. BENITEZ, ESQUIRE
                BENITEZ LAW GROUP, P.L.
                Florida Bar # 278130
                1223 East Concord Street
                Orlando, Florida 32803
                (407) 894-5000
                (407) 896-8061 (fax)
                Primary E-Mail: *Service@ARBenitez.com*
                Secondary E-Mail: *Gus@ARBenitez.com*