UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-cv-81798-DMM

TTT FOODS HOLDING COMPANY LLC,
a Florida limited liability company,

    Plaintiff,

v.

BEATRICE NAMM, an individual,
JONATHAN NAMM, an individual, and
DELUXE GOURMET SPECIALTIES LLC,
a New Jersey limited liability company,

    Defendants.
_____/

## ORDER GRANTING MOTION TO WITHDRAW

THIS CAUSE comes before the Court upon Defendants' attorney Agustin R. Benitez's Unopposed Motion to Withdraw (DE 103). On September 29, 2017, this Court closed this case. On October 27, 2017, Defendants filed a Notice of Appeal. In the instant Motion, Benitez moves to withdraw as counsel for Defendants citing irreconcilable differences. It is hereby

**ORDERED AND ADJUDGED** that Benitez's Motion (DE 103) is **GRANTED**. Benitez may withdraw his representation of Defendants in this matter. The Court notes, however, that this order only relieves Mr. Benitez of his representation of Defendants before the District Court. To the extent he wishes to withdraw his representation of Defendants in their appeal, that is a matter more appropriately addressed by the Eleventh Circuit. Mr.

Benitez's withdrawal before the District Court will become effective on December 29, 2017 in order to allow Defendants time to seek new counsel.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this ___1___ day of November, 2017.

                                                                                   _____
                                                                                   DONALD M. MIDDLEBROOKS
                                                                                   UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record;
                    Beatrice Namm,
                    Jonathan Namm,
                    Deluxe Gourmet Specialties LLC
                    85 Corona Court,
                    Old Bridge, NJ 08857